# Affidavit of Process Server

_Robert Jones_ vs. _State IL et al_ 1:24CV3168
_____ _____ _____
Plaintiff/Petitioner Defendant/Respondent Case#

Being duly sworn, on my oath, I _Andrew Raphael_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Illinois Dept of Corrections_
_____
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $ _____ witness fee and mileage

☒ _Summons and Complaint_

by serving (NAME) _Tracy A. refused to give last name_

at ☐ Home
☒ Business _The Monroe Lobby Chicago, Il_
☒ on (DATE) _8/13/24_ at (TIME) _9:52 Am_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

From (CITY) _____ (STATE) _____

**Manner of Service:**

☐ By Personal Service

☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, _Tracy A_

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address does not exist  ☐ Service cancelled by litigant  _____
☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion  _____

**Service Attempts:** Service was attempted on: ( )_____,( )_____ ,( )_____
DATE TIME DATE TIME DATE TIME
( )_____,( )_____ ,( )_____
DATE TIME DATE TIME DATE TIME
( )_____,( )_____ ,( )_____
DATE TIME DATE TIME DATE TIME

**Description:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☒ Black | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'-5'3" | ☐ 100-130 Lbs. |
| | ☐ Hispanic | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| ☐ Glasses | ☐ Asian | ☐ Gray Hair | ☐ Mustache | ☒ 51-65 Yrs. | ☒ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Indian | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois  County of Cook

Subscribed and sworn to before me
A notary public, this _10th_ day of _Aug_ 20__

_____
Notary Public

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07/22/2026

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS