# Affidavit of Process Server

| Robert Jones | vs. State of IL, et al. | 1:24CV3168 |
|---|---|---|
| Plaintiff/Petitioner | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I __Andrew Raphael__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Illinois Prison Review Board__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

☒ Summons and Complaint

by serving (NAME) __Gary Kaplan, Atty__
at ☐ Home
☒ Business __555 W. Monroe Lobby Chicago, IL__
☐ on (DATE) __8/13/24__ at (TIME) __9:53 Am__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**

☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,
__Gary Kaplan__

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ,( ) _____ ,( ) _____

**Description:**
☒ Male ☒ White ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black ☒ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'-5'3" ☐ 100-130 Lbs.
☐ Hispanic ☐ Blond Hair ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Glasses ☐ Asian ☐ Gray Hair ☐ Mustache ☒ 51-65 Yrs. ☒ 5'9"-6' ☒ 161-200 Lbs.
☐ Indian ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES:

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this __16th__ day of __Aug__ 20__24__

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 07/22/2026

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Notary Public

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS