IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Jones, | ) |
| Plaintiff, | ) ) ) |
| | ) Case no. 1:24-cv-03168 |
| v. | ) ) |
| | ) The Honorable LaShonda A. Hunt |
| State of Illinois, *et al.*, | ) ) |
| Defendants. | ) |

**DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS**

The defendants, Latoya Hughes solely in her official capacity as Acting Director of the Illinois Department of Corrections and Anthony Willis in his official capacity as warden of Menard Correctional Center—and individual capacity for purposes of this Motion—by their attorney, Kwame Raoul, Attorney General of Illinois, hereby reply in further support of their motion to dismiss as follows:

1. On November 20, 2024, Defendants moved to dismiss, arguing improper venue, failure to state a claim, and lack of subject-matter jurisdiction. (ECF No. 21.)

2. On November 21, 2024, the Court entered a briefing schedule. (ECF No. 23.)

3. Plaintiff's response was due fourteen days ago on December 19, 2024. (*Id.*)

4. Plaintiff failed to file any response to any arguments raised in the motion to dismiss, and has failed to move for an extension. Accordingly, any counterarguments are waived or forfeited. *See Williams v. Doyle*, 494 F.Supp.2d 1019,

1024 (W.D. Wis. 2007) (plaintiff forfeited claims by failing to respond to defendant's arguments relating to those claims in defendant's motion to dismiss); *Wojtas v. Capital Guardian Trust Co.*, 477 F.3d 924, 926 (7th Cir. 2007) (failure to oppose constitutes a waiver); *Kirksey v. R.J.Reynolds Tobacco Co.*, 168 F.3d 1039, 1041 (7th Cir. 1999) (plaintiff defaulted when he failed to respond to arguments raised in motion to dismiss).

5. Due to Plaintiff's failure to respond, Defendants' motion to dismiss is unopposed and should be granted.

Date: January 2, 2025

>Respectfully submitted,
>
>KWAME RAOUL
>Attorney General of Illinois
>
>*/Daniel N. Robbin/*
>Daniel Noah Robbin
>Bar No. 6321386
>Assistant Unit Supervisor, Prisoner Litigation
>Government Representation Division
>Office of the Attorney General
>115 S. La Salle St.
>Chicago, Illinois 60603
>(312) 814-7199
>daniel.robbin@ilag.gov